Hellerstein, a

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/13
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PW LICENSING, LLC and                     :    No. 12 Civ. 8424
PHARRELL WILLIAMS,                        :
                                          :
            Plaintiffs,                   :
                                          :
    -against-                             :    STIPULATION OF
                                          :    VOLUNTARY
DIAGEO NORTH AMERICA INC.,                :    **DISMISSAL**
                                          :
            Defendant.                    :
------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the counsel for the parties herein, that plaintiffs PW Licensing, LLC and Pharrell Williams hereby dismiss the Complaint against defendant Diageo North America Inc. in this action, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with prejudice.

IT IS HEREBY FURTHER STIPULATED AND AGREED, by and between the counsel for the parties herein, that each party shall bear its own costs and fees in connection with this action.

IT IS HEREBY FURTHER STIPULATED AND AGREED that any electronic and/or facsimile signatures herein shall be deemed originals.

Dated: New York, New York
       November 19, 2013

PRYOR CASHMAN LLP                         HUNTON & WILLIAMS LLP

By: _____             By: _____
    Lisa M. Buckley, Esq.                     Brian Otero, Esq.
7 Times Square                            200 Park Avenue
New York, New York 10036-6569             New York, New York 10066-0005
*Attorneys for Plaintiffs*                *Attorneys for Defendant*

**SO ORDERED:**

_____
U.S.D.J.
11-20-13